UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

UNITED STATES OF AMERICA,

                                  Plaintiff,                    **MEDICAL ORDER**

      -against-                                                   18 Cr. 179

HAKEEM BALDEO,

                                  Defendant.
------------------------------------------------------------X

**TO THE WARDENS OF THE WESTCHESTER COUNTY JAIL, OR ANY OTHER DETENTION FACILITY:**

      The above-named defendant has been remanded to the custody of the U.S. Marshals following an appearance before this Court. During the proceeding, defense counsel informed the Court that the defendant has mental health issues.

      The Court directs the Correctional Facility to provide the defendant with a full mental health and medical examination and provide any necessary treatment.

Dated: January 9, 2020
       White Plains, New York

                                                  **SO ORDERED:**

                                                  JUDITH C. McCARTHY
                                                  United States Magistrate Judge