```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/13/20
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------X
UNITED STATES OF AMERICA

       -against-

HAKEEM BALDEO,

       Defendant.

----------------------------------X

18 Cr. 179 (JSR)

ORDER

FOR GOOD CAUSE SHOWN, it is hereby Ordered that:

1. The above-referenced defendant, Hakeem Baldeo, having been detained at the Westchester County Correctional Facility located at 10 Woods Road, requires an interview with a psychiatrist who will render a report to the Court.

2. I hereby direct that the Warden of that facility permit Dr. Eric Goldsmith, a psychiatrist, to enter the correctional facility to meet with Mr. Hakeem Baldeo for the purpose of administering tests, conducting an interview, and rendering a report to this Court.

DATED NEW YORK, NEW YORK

    February 12, 2020

                            SO ORDERED:

                            _____
                            Hon. Jed S. Rakoff, USDJ