```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- x
UNITED STATES OF AMERICA,             :
                                      :    18-cr-179-6 (JSR)
           v.                         :
                                      :
HAKEEM BALDEO,                        :    ORDER
               Defendant.             :
------------------------------------- x
```

JED S. RAKOFF, U.S.D.J.

Before the Court is the application of Neil Checkman to be relieved of the representation of Mr. Baldeo. Mr. Checkman states that he is "in the process of winding down [his] practice, with a view towards retiring" and that he does not believe that his continued representation of Mr. Baldeo is in Mr. Baldeo's best interests.

Good cause appearing, the Court ORDERS as follows: (1) Mr. Checkman is relieved of the representation of Mr. Baldeo. (2) Stephen Turano, the CJA attorney on duty today, is appointed to represent Mr. Baldeo.

SO ORDERED.

Dated:   New York, NY
         July 27, 2020                    _____
                                          JED S. RAKOFF, U.S.D.J.